Tanya E. Moore, Esq., SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>   vs.<br><br>LAJVINDER SINGH AND HARMEET SINGH, et al,<br><br>        Defendants. | No.  1:10-cv-1011-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS LAJVINDER SINGH AND HARMEET SINGH, dba CITY HEART FOOD AND GAS ONLY** |

   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore, by and through his counsel, and Defendants Lajvinder Singh and Harmeet Singh who are self-represented, the parties who have appeared in this action, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendants Lajvinder Singh and Harmeet Singh, dba City Heart Food and Gas only be dismissed with prejudice.

Dated: February 25, 2011                    MOORE LAW FIRM, P.C.


                                             /s/ Tanya E. Moore
                                             Tanya E. Moore
                                             Attorney for Plaintiff

*Moore v. Singh, et al.*
Stipulation for Dismissal
                             Page 1

Dated: February 24, 2011                          /s/ Harmeet Singh
                                                  Harmeet Singh, individually and dba
                                                  City Heart Food and Gas


Dated: February 24, 2011                          /s/ Lajvinder Singh
                                                  Lajvinder Singh, individually and dba
                                                  City Heart Food and Gas


## **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** that defendants <u>Lajvinder Singh</u> and <u>Harmeet Singh</u>, doing business as City Heart Food and Gas <u>only</u> be dismissed with prejudice from this action.


IT IS SO ORDERED.

Dated:   February 25, 2011                        _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE