**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LAJVINDER SINGH AND HARMEET SINGH dba CITY HEART FOOD AND GAS aka CITY HEART #2, PRITPAL KAUR<br><br>　　　　　Defendant | Case No.: 1:10-CV-01011-AWI-GSA<br><br>**ORDER TO SET ASIDE ENTRY<br>OF DEFAULT** |

**ORDER**

　　Pursuant to the stipulation of the parties filed on March 14, 2011, **IT IS HEREBY ORDERED** that the parties' Stipulation to Set Aside Entry of Default is **GRANTED**. Plaintiff's Request to Enter Default filed on October 6, 2010, and the Clerk's Certificate of Entry of Default of October 8, 2010, against Defendant Pritpal Kaur, are hereby set aside. (Docs. 12 and 14). Defendant Pritpal Kaur shall re-file an Answer to Plaintiff's First Amended Complaint within ten

(10) days of notice of entry of this Order.  The scheduling conference will held on May 17, 2011 at 9:00 in Courtroom 10 before the undersigned.

.

IT IS SO ORDERED.

   Dated:   **March 16, 2011**                      **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE