1  k. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, CA  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:10-cv-1011-AWI-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| LAJVINDER SINGH, et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore, by and through his counsel, and Defendant Pritpal Kaur, the remaining party who has appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice in its entirety.

Dated: January 20, 2012                              MOORE LAW FIRM, P.C.


                                                     /s/ Tanya E. Moore
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff Ronald Moore

///

*Moore v. Singh, et al.*
Stipulation for Dismissal

Page 1

| | |
|---|---|
| Dated: January 19, 2012 | FISHER & PHILLIPS, LLP |
| | /s/ James Fessenden |
| | James Fessenden, Attorneys for |
| | Defendant Pritpal Kaur |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  January 20, 2012            _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Singh, et al.*
Stipulation for Dismissal

Page 2